Thomas L. Sansonetti, P.C.
Andrew C. Emrich, P.C.
Matthew J. Kelly
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, Wyoming 82003-1347
Telephone: (307) 778-4200
Facsimile: (307) 778-8175
tlsansonetti@hollandhart.com
acemrich@hollandhart.com
mjkelly@hollandhart.com

Robert N. Driscoll
Brian D. Frey
ALSTON & BIRD LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004
Telephone: (202) 756-3300
Facsimile: (202) 756-3333
bob.driscoll@alston.com
brian.frey@alston.com

ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| CODY LABORATORIES, INC., a Wyoming corporation, and LANNETT CO., INC., a Delaware corporation, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
|  | ) Civil Action No. 10-CV-0147J |
| THE HONORABLE KATHLEEN SEBELIUS, SECRETARY, U.S. Department of Health and Human Services, and DR. MARGARET A. HAMBURG, COMMISSIONER, U.S. Food and Drug Administration, | ) ) ) ) ) |
| Defendants. | ) |

**PLAINTIFFS' CERTIFICATE OF COMPLIANCE WITH FED. R. CIV. 65**

Pursuant to Fed. R. Civ. P. 65, the undersigned, on behalf of Plaintiffs Cody Laboratories, Inc., and Lannett Co., Inc., (collectively "Cody/Lannett") provided the following notice to Defendants regarding the filing of Cody/Lannett's motion for temporary restraining order:

1.  At approximately 5:00 p.m. (E.S.T.) on Tuesday, July 20, 2010, undersigned counsel contacted Jennifer Zachary and Eric Blumberg, of the Office of the Chief Counsel for the Food and Drug Administration, and informed Ms. Zachary and Mr. Blumberg that Cody/Lannett intended to file a complaint and motion for temporary restraining order in the District of Wyoming on Wednesday, July 21, 2010.

2.  Immediately upon notification by its local counsel that the pleadings were indeed filed on Wednesday, July 21, 2010, undersigned counsel contacted Drake Cutini, Office of Consumer Litigation, U.S. Department of Justice, via telephone to confirm filing and additionally transmitted electronically to counsel for Defendants, Ms. Zachary and Mr. Cutini, courtesy copies of Cody/Lannett's Complaint and Memorandum of Law in Support of its Motion for Temporary Restraining Order and Preliminary Injunction.

DATED this 23rd day of July, 2010.

/s/
Robert N. Driscoll
Brian D. Frey
ALSTON & BIRD LLP
The Atlantic Building
950 F Street N.W.
Washington, D.C. 20004
Telephone:  (202) 756-3300
Facsimile: (202) 756-3333
bob.driscoll@alston.com
brian.frey@alston.com

Thomas L. Sansonetti, P.C.
Andrew C. Emrich, P.C.
Matthew J. Kelly
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, Wyoming  82003-1347
Telephone:  (307) 778-4200
Facsimile:  (307) 778-8175
tlsansonetti@hollandhart.com
acemrich@hollandhart.com
mjkelly@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2010, I served a true and correct copy of the foregoing via electronic service on the following:

>Drake Cutini
>Trial Attorney
>Office of Consumer Litigation
>Department of Justice
>Civil Division
>P.O. Box 386
>Washington, D.C. 20044
>drake.cutini@usdoj.gov
>
>Nicholas Vassallo
>Assistant United States Attorney
>District of Wyoming
>P.O. Box 668
>Cheyenne, WY  82003-0668
>nick.vassallo@usdoj.gov

/s/ _____

4875948_1.DOC