# CIVIL MINUTE SHEET
# MOTION HEARING

☐ Telephonic

**FILED**
5:58 pm, 7/23/10
**Stephan Harris**
**Clerk of Court**

Date: 07/23/10

Time: 3:05 - 4:32pm, 5:32 - 5:56pm

Case No.: 10-CV-147-J

Cody Laboratories Inc, et al  VS  US Dept of Health & Human Services Sec'y, et al

| Alan B. Johnson | Deborah Nielsen | Julie Hedelson Thomas | Sherrill Veal |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s):  Matthew J Kelly, Thomas L Sansonetti, Brian D Frey, Robert N Driscoll

Attorney(s) for Defendant(s):  Nicholas Vassallo, Drake Cutini, Jennifer L Zachary

Witness(es) for Plaintiff(s):
Witness(es) for Defendant(s):

| Pltf / Dft | Pleading No. | Motion to/for | Disposition |
|---|---|---|---|
| Plaintiff | 12 | Motion for Temporary Restraining Order | Denied |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

☐ Briefs to be filed on or before _____ by _____
   _____ by _____

☑ Order to be prepared by   ☑ Court   ☐ Attorney _____
☐ Attorney _____              Admitted *pro hac vice*

Other proceedings

Oral Argument by Robert N Driscoll on behalf of the plaintiff and by Drake Cutini on behalf of the United States.